IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOBBY V. GRISSOM, <br><br> Plaintiff, <br><br> v. <br><br> PROCOLLECT, INC., <br><br> Defendants. | Case No. 3:18-cv-01744 <br><br><br> Honorable Jane J. Boyle |

## MOTION FOR WITHDRAWAL OF APPEARANCE

**NOW COMES**, BOBBY V. GRISSOM ("Plaintiff"), by and through his attorneys, respectfully requests that Marwan R. Daher ("Daher") and Omar T. Sulaiman ("Sulaiman") (collectively, "Plaintiff's counsel') be permitted leave to withdraw their appearance as counsel of record for Plaintiff and states as follows:

1. On May 15, 2018, Plaintiff's filed his Complaint against ProCollect, Inc.

2. (" Defendant") for violations of the Telephone Consumer Protection Act, the Fair Debt Collection Practices Act, and the Texas Debt Collection Act in the Southern District of Texas, Houston Division.

3. At the time of filing, Omar T. Sulaiman, Marwan R. Daher and Mohammed O. Badwan from Sulaiman Law Group, Ltd. ("SLG") were the attorney of record for the Plaintiff.

4. On July 3, 2018, this case was transferred from the Southern District of Texas to the Northern District of Texas. [Dkt.12]

1

5. However, Daher and Sulaiman are currently not licensed to practice law in the Northern District of Texas.

6. Plaintiff will continued to be represented by Mohammed O. Badwan, Natalie A. Sears, and Robert Kent Love.

WHEREFORE, Plaintiff BOBBY V. GRISSOM respectfully moves the Court to allow Marwan R. Daher and Omar T. Sulaiman to withdraw their appearance as counsel of record in this matter.

Dated: July 24, 2018                                                   Respectfully submitted,


                                                By: */s/ Omar T. Sulaiman*
                                                Omar T. Sulaiman
                                                Marwan R. Daher
                                                Mohammed O. Badwan
                                                **SULAIMAN LAW GROUP, LTD.**
                                                2500 South Highland Avenue
                                                Suite 200
                                                Lombard, Illinois 60148
                                                630-575-8181
                                                osulaiman@sulaimanlaw.com
                                                mdaher@sulaimanlaw.com
                                                mbadwan@sulaimanlaw.com

                                                *Counsel for Bobby Grissom*

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, certifies that on July 24, 2018, he caused a copy of the foregoing, **MOTION TO WITHDRAWAL OF APPEARANCE to** be served electronically via CM/ECF system on:


                            Bowdich & Associates, PLLC
                              Attn: John W. Bowdich
                            jbowdich@bowdichlaw.com


                                      Respectfully submitted,

2

s/Mohammed O. Badwan
Mohammed O. Badwan
