UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BOBBY GRISSOM , <br><br> Plaintiff, <br><br> v. <br><br> PROCOLLECT, INC. , <br><br> Defendant. | Case No. 3:18-cv-01744-B <br><br> Honorable Jane J. Boyle |

## AGREED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, BOBBY GRISSOM, and the Defendant, PROCOLLECT, INC. , through their respective counsel that the above-captioned case be dismissed *without* prejudice with leave to reinstate through October 12, 2018. After October 12, 2018, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Date: August 16, 2018                                Respectfully submitted,

**BOBBY GRISSOM**                                **PROCOLLECT, INC**

/s/ *Mohammed O. Badwan*                         /s/ John W. Bowdich (*with consent*)
Mohammed O. Badwan                               John W. Bowdich
SULAIMAN LAW GROUP, LTD.                         BOWDICH & ASSOCIATES. PLLC
2500 S. Highland Avenue, Suite 200               10440 North Central Expy., Suite 1540
Lombard, IL 60148                                Dallas, TX 75231
Phone: (630) 575-8181                            Phone: (214) 307-9500
Fax:    (630) 575-8188                           jbowdich@bowdichlaw.com
mbadwan@sulaimanlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                            *s/ Mohammed O. Badwan*
                                            Mohammed O. Badwan