## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| BOBBY GRISSOM,<br><br>Plaintiff,<br><br>v.<br><br>PROCOLLECT, INC.,<br><br>Defendant. | Case No. 3:18-cv-01744-B<br><br>Honorable Jane J. Boyle |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, BOBBY GRISSOM and the Defendant, PROCOLLECT, INC., through their respective counsel and pursuant to Federal of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorney fees

Dated: October 8, 2018                                                         Respectfully Submitted,

**BOBBY GRISSOM**                                                         **PROCOLLECT, INC**

/s/ Mohammed Badwan                                                 /s/ John W. Bowdich (*with consent*)
Mohammed Badwan                                                       John W. Bowdich
SULAIMAN LAW GROUP, LTD.                                    BOWDICH & ASSOCIATES. PLLC
2500 S. Highland Avenue, Suite 200                              10440 North Central Expy., Suite 1540
Lombard, IL 60148                                                            Dallas, TX 75231
Phone: (630) 575-8181                                                     Phone: (214) 307-9500
Fax:     (630) 575-8188                                                     jbowdich@bowdichlaw.com
mbadwan@sulaimanlaw.com